IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01269-RPM

SHARON HOLTEN,
CHARLES HOLTEN and
PATRICK HOLTEN,

      Plaintiffs,
v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH;
CARLA DAMICONE;
KELLY CURRAN;
SCOTT JUAREZ and
JANE JORDAN,

      Defendants.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Parties' Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2), filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED:   July 1, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge